# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IRVING BOHORQUEZ,<br><br>Defendant. | Case No. CR 25-499-FLA<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)] |

I.

On October 15, 2025, Defendant Irving Bohorquez made his initial appearance on the petition for revocation of supervised release and warrant for arrest issued on September 17, 2025. Deputy Federal Public Defender Howard Shneider was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Monica Hara. A detention hearing was held.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.  ☒  Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ the petition alleges that Defendant was arrested and charged with corporal injury to spouse and obstruction of peace officer, Defendant removed his location monitoring device and failed to report to his probation officer for 2 days and changed his residence without prior authorization and notification.
>
> ☒ poor history of compliance while on supervised release; unstable residence

B.  ☒  Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ allegations in the petition (see above);

### III

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: October 15, 2025

                                            /s/
                                  ALKA SAGAR
                      UNITED STATES MAGISTRATE JUDGE